UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF IOWA

CASE NO. ===========

Yul Givan,
   PLAINTIFF

  -v-

Officer Henley/
Officer Boltz/
Det. Melissa/Det. Moret/
Det. Cathy Gibb/Lt. Allen/
Burlington Police Department,
        DEFENDANT(S)

**RECEIVED**

OCT 1 9 2020

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

COMPLAINT OF INJURIES SUFFERED
AS THE RESULT OF POLICE BRUTALITY
BY THE USE OF EXCESSIVE AND UNNECE-
SSARY FORCE PURSUANT TO TITLE
42 U.S.C. SEC. 1983

HONORABLEC COURT,

## JURISDICTION

COMES NOW, plaintiff hereinafter "Givan" in pro se with COMPLAINT of INJURIES suffered as the result of POLICE BRUTALITY by the use of EXCESSIVE and UNNECESSARY FORCE, in which, he was severely beaten by defendant officers, after, a routine traffic stop in the city of Burlington approximately two years to date pursuant to Title(s) 42 U.S.C. Sec. 1983 and 28 U.S.C. 242, whereof, juris- diction and adjudication is invoked upon the Soutern District of Iowa.

## STATEMENT OF COMPLAINT

Givan, comes now, with contention(s) in Statement of Complaint of POLICE BRUTALITY that his CIVIL and CONSTITUTIONAL AMENDMENT RIGHTS

were violated when defendant officers severely beat him after a routine traffic stop, whereof, he was taken to a local hospital where his injuries were untreated with fractured ribs, severe facial injuries and trauma also he was in shock by the actions of the defendant(s) officers, whose, actions were marked by underlying biasness and prejudices towards Givan, whom, was the subject of racial injustice.

## STATEMENT OF FACTS

Givan's, contention(s) in Statement of Facts in COMPLAINT of POLICE BRUTALITY by the use of EXCESSIVE and UNNECESSARY FORCE, in which, he was submissive when he was severely beaten by defendant officers after a routine traffic stop, whereof, he was taken to a local hospital suffering from fractured ribs, severe facial injuries and trauma as the effects of his injuries.

## RELIEF SOUGHT

Givan, seeks in Relief Sought that the Soutern District of Iowa do APPROVE and/or GRANT his COMPLAINT of POLICE BRUTALITY, in which, he was severely beaten by defendant officers whom, used EXCESSIVE and UNNECESSARY FORCE, thereafter, a routine traffic stop with the AWARDANCE of Financial Compensatory award at the sum of five million dollars (5,000,000.00) in punitive damages for the physical inuries and the psychiatric and psychological depression and emotional distress he suffered approximately two years to date.

## CONCLUSION

3)

ACCORDINGLY and UNPRECEDENTED Givan pray that his COMPLAINT of INJURIES SUFFERED as the result of POLICE BRUTALITY by the use of EXCESSIVE and UNNECESSARY FORCE do be GRANTED and/or APPROVED as a matter of CIVIL and CONSTITUTIONAL AMENDMENT RIGHTS in accordance to the DUE PROCESS of the LAW CLAUSES of the Fifth, Eighth and Fourteenth Constitutional Amendments and Title(s) 42 U.S.C. Sec. 1985 and 28 U.S.C. Sec. 242 now before the Soutern District of Iowa for deliberation and review.

RESPECTFULLY SUBMITTED,

*Yul Givan* (signature)

Yul Givan/PLAINTIFF
2022 Bayou Court N.E.
Grand Rapids, Michigan   49505


DATED:  October 15, 2020

TEL:  (616) 337-3632      8am-8pm

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

==========================

CASE NO.   ============

==========================

| | |
|---|---|
| PLAINTIFF'S NAME: | YUL GIVAN |
| PLAINTIFF(S) ADDRESS: | 2022 BAYOU COURT |
| | GRAND RAPIDS, MICHIGAN |
| | |
| DEFENDANT(S) NAME: | BURLINGTON POLICE DEPT. |
| DEFENDANT(S) ADDRESS: | 201 JEFFERSON STREET |
| | BURLINGTON, IOWA  52601 |
| | |
| COMPLAINT OF INJURIES: | PLAINTIFF SUFFERED SEVERE INJURIES TO HIS FACE, SHOCK, TRAUMA AND HE SUFFERED FRACTURED RIBS AS THE RESULT OF BEING SEVERELY BEATEN |
| | |
| STATUTES INVOLVED: | TITLE 42 U.S.C. SEC. 1983 |
| | TITLE 28 U.S.C. SEC. 242 |
| | |
| RELIEF SOUGHT: | FIVE MILLION DOLLARS AS PUNITIVE DAMAGES FOR HIS INJURIES SUSTAINED (5,000,000.00) |

PLAINTIFF DEMAND TRIAL BY JURY:

YUL GIVAN
2022 Bayou Court  .N.E.
GRAND RAPIDS, MICHIGAN  49505
T

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | | |
|---|---|---|
| PLAINTIFF | Yul Givan | COURT CASE NUMBER |
| DEFENDANT | Burlington Police Department | TYPE OF PROCESS: Complaint Service |

SERVE: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Burlington Police Department

AT: ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 Jefferson Street, Burlington, Iowa 52601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Yul Givan
1819 Michigan Street N.E.
Grand Rapids, Mich 49503

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 616 337-3632
DATE: 10-15-2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

Victor B. Perkins
08783-039 r2
P.O. Box 4000
Federal Medical Center
Rochester, Minnesota 55903



ST PAUL MN 551
THU 15 OCT 2020 PM

Attn: Clerk of the Court
United States District C
Southern District of
123 East Walnut
Des Moines, Iowa

X-RAYED & CLEARED BY U.S.M.